# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 04-4192

———————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Jesus Ibarra-Torres, | * | District of Minnesota. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |

———————

Submitted: December 29, 2005
Filed: January 5, 2006

———————

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

———————

PER CURIAM.

Jesus Ibarra-Torres appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) sentence-reduction motion. Having carefully reviewed the record, we agree with the district court that Ibarra-Torres is not entitled to a sentence reduction based on Amendment 484 to the Sentencing Guidelines because it was in effect when Ibarra-Torres was sentenced. See U.S.S.G. App. C, amend. 484; United States v. Alvarez, 210 F.3d 309, 310 (5th Cir. 2000) (per curiam).

---

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____